**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)*: _____    Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Afrin Transport, Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
80-0151180

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2601 W. Ball Road, Suite 207<br>Anaheim, CA 92804<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Orange<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  
www.afrintransport.com

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor ____Afrin Transport, Inc._____    Case number (*if known*)_____
      Name

**7. Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor __Afrin Transport, Inc._____  Case number (*if known*)_____
   Name

| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |
|---|---|---|

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:*<br>■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|---|

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>  What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>  Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>   Contact name _____<br>   Phone _____ |
|---|---|---|

### ■ Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
|---|---|---|
| 14. | **Estimated number of creditors** | ■ 1-49      ☐ 1,000-5,000      ☐ 25,001-50,000<br>☐ 50-99      ☐ 5001-10,000      ☐ 50,001-100,000<br>☐ 100-199     ☐ 10,001-25,000     ☐ More than 100,000<br>☐ 200-999 |
| 15. | **Estimated Assets** | ☐ $0 - $50,000      ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000    ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion<br>■ $100,001 - $500,000   ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion |
| 16. | **Estimated liabilities** | ☐ $0 - $50,000      ■ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion |

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 3

| Debtor | Afrin Transport, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor  Afrin Transport, Inc.                                    Case number (if known)
        Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    October 1, 2024
               MM / DD / YYYY

X /s/ [signature]                              Mohammad Hussain
  Signature of authorized representative of debtor    Printed name

Title   CEO

**18. Signature of attorney**

X  /s/ Matthew D. Resnik                       Date  October 1, 2024
   Signature of attorney for debtor                  MM / DD / YYYY

Matthew D. Resnik
Printed name

RHM LAW LLP
Firm name

17609 Ventura Blvd.
Ste 314
Encino, CA 91316
Number, Street, City, State & ZIP Code

Contact phone  (818) 285-0100    Email address  matt@rhmfirm.com

(SBN 182562) CA
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Afrin Transport, Inc. |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express<br>PO BOX 96001<br>Los Angeles, CA<br>90096-8000 | | Credit card | | | | $12,988.39 |
| Capital One<br>P.O. Box 60519<br>City of Industry, CA<br>91716-0519 | | Credit card | | | | $3,027.82 |
| Chase INK<br>PO BOX 6294<br>Carol Stream, IL<br>60197-6294 | | Credit card | | | | $35,042.46 |
| Franchise Tax Board<br>Bankruptcy Section<br>MS: A-340<br>P.O. Box 2952<br>Sacramento, CA<br>95812-2952 | | Taxes owed | | | | $12,000.00 |
| Rapid Finance<br>Small Business<br>Financial Solutions,<br>4500 East West<br>Highway, 6th FL<br>Bethesda, MD 20814 | | Business loan and security agreeement | | | | $65,000.00 |
| US Bank Business<br>Platinum Card<br>P.O. Box 790408<br>Saint Louis, MO<br>63179-0408 | | Credit card | | | | $32,695.52 |
| Wells Fargo<br>Signify Business<br>Essential Card<br>PO Box 77033<br>Minneapolis, MN<br>55480-7733 | | Credit card | | | | $2,447.24 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

| Debtor | Afrin Transport, Inc. | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| **Name** | | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Wells Fargo Business Line<br>PO Box 51174<br>Los Angeles, CA 90051-5474 | | Credit card | | | | $48,344.27 |

# United States Bankruptcy Court
## Central District of California

In re: Afrin Transport, Inc.
Debtor(s)

Case No.
Chapter: 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Mohammad Hussain | | | 100% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: October 1, 2024

Signature: [signed] Mohammad Hussain

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

Core Burger and Grill, Inc. (Affiliate) 8:23-bk-11368-TA  CH 7 filed 7/3/2023 Terminated 8/11/2023

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  Anaheim  , California.

Date:  October 1, 2024

Mohammad Hussain
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018    Page 1    F 1015-2.1.STMT.RELATED.CASES

<u>UNANIMOUS WRITTEN CONSENT OF</u>

<u>THE BOARD OF DIRECTORS</u>

<u>OF AFRIN TRANSPORT, INC.</u>

<u>DATED: SEPTEMBER 27, 2024</u>

Pursuant to §307(b) of the California Corporations Code and the by-laws of the corporation, the undersigned, being all of the members of the board of directors, and in lieu of a meeting, hereby unanimously adopt the following recitals and resolutions:

WHEREAS, the directors of the corporation have determined that the corporation needs to take advantage of the benefits of Chapter 11 of the Bankruptcy Code to reorganize the debt structure of the corporation; and,

THEREFORE IT IS RESOLVED, that the corporation is authorized to file a Voluntary Petition under Chapter 11 of the Bankruptcy Code and attempt to reorganize thereunder; and,

IT IS FURTHER RESOLVED, that, Mohammad Hussain, is hereby authorized and instructed to take whatever actions he deems appropriate to file the Chapter 11 petition and see the case to complete reorganization.

_/s/ Mohammad Hussain_
Mohammad Hussain, CEO

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br>Matthew D. Resnik<br>17609 Ventura Blvd.<br>Ste 314<br>Encino, CA 91316<br>(818) 285-0100 Fax: (818) 855-7013<br>California State Bar Number: (SBN 182562) CA<br>matt@rhmfirm.com | FOR COURT USE ONLY |
|---|---|
| ■ Attorney for: | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Afrin Transport, Inc.<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    11<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.

I, __Mohammad Hussain_____ , the undersigned in the above-captioned case, hereby declare
*(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                           F 1007-4.CORP.OWNERSHIP.STMT

[Check the appropriate boxes and, if applicable, provide the required information.]

1. I have personal knowledge of the matters set forth in this Statement because:
   - ■ I am the president or other officer or an authorized agent of the Debtor corporation
   - ☐ I am a party to an adversary proceeding
   - ☐ I am a party to a contested matter
   - ☐ I am the attorney for the Debtor corporation

2.a. ■ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
   See Addendum

   b. ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

October 1, 2024
Date

By: _____
Signature of Debtor, or attorney for Debtor

Name: Afrin Transport, Inc.
Printed name of Debtor, or attorney for Debtor

## Addendum to Corporate Ownership Statement Pursuant to F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

**The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:**

Mohammad Hussain

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

F 1007-4.CORP.OWNERSHIP.STMT

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address
Matthew D. Resnik
17609 Ventura Blvd.
Ste 314
Encino, CA 91316
(818) 285-0100 Fax: (818) 855-7013
California State Bar Number: (SBN 182562) CA
matt@rhmfirm.com

FOR COURT USE ONLY

☐ Debtor(s) appearing without an attorney

☒ Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:

Afrin Transport, Inc.

CASE NO.:
CHAPTER: 11

### VERIFICATION OF MASTER MAILING LIST OF CREDITORS

[LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __3__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: October 1, 2024

_[signature]_
Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: October 1, 2024

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015

F 1007-1.MAILING.LIST.VERIFICATION

```
Afrin Transport, Inc.
2601 W. Ball Road, Suite 207
Anaheim, CA 92804


Matthew D. Resnik
RHM LAW LLP
17609 Ventura Blvd.
Ste 314
Encino, CA 91316


ACE Funding Source LLC
c/o Triton Recovery Group
19790 W. Dixie Hwy, Ste. 301
Aventura, FL 33180


ACE Funding Source LLC
366 N. Broadway, Suite 410
Jericho, NY 11753


American Express
PO BOX 96001
Los Angeles, CA 90096-8000


BlueVine Inc.
401 Warren St, Suite 300
Redwood City, CA 94063


California Dept. of Tax and Fee
Special Procedures Section MIC: 29
P.O. Box 942879
Sacramento, CA 94279


Capital One
P.O. Box 60519
City of Industry, CA 91716-0519
```

```
Chase
P.O. Box 78039
Phoenix, AZ 85062-8039


Chase INK
PO BOX 6294
Carol Stream, IL 60197-6294


Employment Development Dept.
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280


Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


IOU Financial
600 TownPark Lane, Suite 100
Kennesaw, GA 30144


IOU Financial
c/o CSC
P.O. Box 2576
Springfield, IL 62708


JP Morgan Chase Bank
Collateral Mgmt Small Business
P.O. Box 33035
Louisville, KY 40232-9891
```

Moneywell Group, LLC
c/o Berkovitch & Bouskila, PLLC
Ariel Bouskila, Esq.
1545 U.S. 202, Suite 101
Pomona, NY 10970


Moneywell Group, LLC
243 Tresser Blvd., 17th Fl
Stamford, CT 06901


Rapid Finance
Small Business Financial Solutions,
4500 East West Highway, 6th FL
Bethesda, MD 20814


Robin Funding Group LLC
c/o Austin LLP
David J. Austin Esq.
43 West 43rd Street, Suite 288
New York, NY 10036-7424


US Bank Business Platinum Card
P.O. Box 790408
Saint Louis, MO 63179-0408


Wells Fargo
Signify Business Essential Card
PO Box 77033
Minneapolis, MN 55480-7733


Wells Fargo Business Line
PO Box 51174
Los Angeles, CA 90051-5474